

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Josh Demidio, Appellant

No. 06-21-00102-CV        v.

Paris Police Department Officers Helms,
Peek and Hines, Appellee

Appeal from the 62nd District Court of
Lamar County, Texas (Tr. Ct. No. 90565).
Memorandum Opinion delivered by Justice
van Cleef, Chief Justice Morriss and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Josh Demidio, pay all costs incurred by reason of this appeal.

RENDERED JUNE 24, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk